State, use, &c., v. Beasley.

---

## STATE, use, &c., vs. BEASLEY.

45  81
143  534

[APPEAL FROM JUDGMENT OF CIRCUIT COURT ON PETITION FOR SUPERSEDEAS, &c., OF JUDGMENT AGAINST DEFAULTING JUROR.]

1. *Supersedeas, petition for; when demurrable.*—A petition for a supersedeas is demurrable when the alleged grounds of relief go to matters behind the judgment.

APPEAL from the Criminal Court of Russell.
Tried before Hon. LITTLEBERRY STRANGE.

A judgment final having been rendered against the appellee as a defaulting juror, he applied to the court at the

next term, by petition and motion, to supersede the execu⁻
tion, on the ground that the judgment *nisi* had been set
aside at the term at which it was rendered, and that he
had not been served with notice of its rendition. The *scire
facias* was returned by the sheriff executed, and the record
does not show that the conditional judgment was set aside.
The court overruled a demurrer to the petition, admitted
parol proof of its allegations, and set aside the judgment
final ; and hence this appeal.

U. S. LEWIS, for appellant,

G. W. GUNN, *contra*.

B. F. SAFFOLD, J.—The demurrer ought to have been
sustained, as the grounds set forth in the petition go to
matters behind the judgment.—*Marshall v. Candler*, 21
Ala. 490.

As a proceeding for the correction of errors, the time in
which that could be done had elapsed.

The judgment is reversed. As the motion can not be
maintained, the cause is not remanded.